The People *vs.* John Mount, John Vanoster, Aaron Brown, John Wheeler, John Haney, and Francis Meeks. *Riot.*

NEW-YORK, June, 1823.

The People, *vs.* John Mount, et al.

*Maxwell, District Attorney, and Wilkins, for the People. D. Graham, and Phœnix for the Defendant.* ·

The defendants were charged, in an indictment in the usual form, with committing a riot on the 10th day of April, 1823.

The facts appeared to be, that they were young boys from fourteen to fifteen years of age, and were apprentices, living near the corner of Broad and Garden-Streets. It also appeared they were in the habit of frequenting the house of Thomas M'Cready, the prosecutor, almost every evening, in company with other apprentices and boys, and insulting him by saucy and impertinent language; calling him an old tory, and threatening him with force and violence ; bursting open his door, &c. On one occasion at least, Mount, Wheeler, Brown, and Weeks, broke open the door and came into his store, and threatened violence to his person.

It appeared they had feigned names, and it was with the utmost difficulty that the prosecutor could find out their names, whereby they could be arrested.

It is the duty of a defendant, on his trial, to be present at the bar of the Court, and in criminal proceedings is supposed to be and no trial can take place without such presence, but by consent. If he does not appear at the bar of the Court, they will direct the crier to call him, to identify his person, or will forfeit his recognizance, and so bring him before them.

After proving these facts, *Maxwell, District Attorney,* was proceeding to identify the defendants, by directing the crier to call them up to the bar, and interrogating the prosecutor to their respective names, when *D. Graham* and *Phœnix* objected. They observed, that their defence would rest principally upon the identity of the defendants, and that they thought it an unfair manner to designate their persons by calling them up by name, and then asking

NEW-YORK, the prosecutor the name of the person so called, alleging
June, 1823. that it gave the prosecutor an opportunity to know before
The People the question was put to him.   They suggested that the le-
vs.     gal method was, for the prosecutor to select them out of
L. Lagrille.
the people attending the Court, and not have them call-
ed and be thus designated by the crier.

The Court replied that it was the duty of the defen-
dants to be present and *at the bar* of the Court, and in all
criminal proceeding were always supposed to be; and no
trial could take place without such presence, but by
consent.  If, therefore, the counsel for the defendants ob-
jected to calling them to the bar, for the purpose of proving
them the same persons concerned in the riot  the Court
would be obliged to forfeit their recognizance, and so bring
them up, and were proceeding to do it, when the counsel
for the defendants consented they might be called from
among the audience, and identified.

They were called by the crier, and the identity of Mount,
Wheeler, Brown, and Weeks, fully made out.